## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVAN TOBIAS, Derivatively on behalf of INTEL CORPORATION,<br><br>                   Plaintiff,<br><br>      v.<br><br>CRAIG R. BARRETT, *et al.*,<br><br>               Defendants,<br><br>       And<br><br>INTEL CORPORATION,<br><br>          Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:08-CV-00103-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, Brian D. Long moves

the Court for the admission *pro hac vice* of Jules Brody, Esquire, of Stull Stull & Brody,

6 East 45th Street, New York, New York 10017, to represent Plaintiff in this matter.

Dated: June 4, 2008             Respectfully submitted,

                        **RIGRODSKY & LONG, P.A.**

By:     */s/ Brian D. Long*
            Seth D. Rigrodsky (# 3147)
            Brian D. Long (# 4347)
            919 N. Market Street, Suite 980
            Wilmington, DE 19801
            Tel:  (302) 295-5310
            Fax: (302) 654-7530
            Email: sdr@rigrodskylong.com
                   bdl@rigrodskylong.com

            *Liaison Counsel for Plaintiffs*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____          _____

United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or, if not paid previously, the fee payment will submitted __√__ to the Clerk's Office upon the filing of this motion.

Dated: __JUNE 3 2008__

_____
Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, New York 10017
Tel.: (212) 687-7230
Fax: (212) 490-2022
E-Mail: jbrody@ssbny.com